UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

        Plaintiff,

   v.

ALPHABET INC., *et al.*,

        Defendants.

Case No. C23-1292-RSL

ORDER

Having reviewed Plaintiff Cortez Daundre Jones' application to proceed in forma pauperis ("IFP"), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, plaintiff's objections (Dkt. # 4), and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's IFP application (Dkt. # 1) is DENIED. Plaintiff is directed to pay the $402.00 filing fee within **thirty (30) days** of this Order. If Plaintiff fails to do so, the Clerk is directed to dismiss this action without prejudice and to close the file.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

ORDER - 1

Dated this 19th day of September, 2023.

                                           ROBERT S. LASNIK
                                           United States District Judge

ORDER - 2